IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIDNEY GIBSON,

      Petitioner,

v.                                                                    4:19cv391–WS/CAS

KEATON CORRECTIONS,

      Respondent.

_____

## ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed October 8, 2019. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed without prejudice. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is ADOPTED and incorporated by reference into this order of the court.

2. The government's motion (ECF No. 6) for leave to file an out-of-time response and to dismiss without prejudice is GRANTED.

3. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED without prejudice.

4. Petitioner's motion (ECF No. 7) to strike the government's out-of-time response is DENIED.

5. The clerk is directed to enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE."

DONE AND ORDERED this ___12th___ day of ___November___, 2019.



s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE